Festus O. Ohan
Name
1280 E. 17th Avenue, Unit 121

Anchorage, AK 99501, U.S.
Mailing address

(360) 390-8921
Telephone

RECEIVED

APR 25 2023

Clerk, U.S. District Court
Fairbanks, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Festus O. Ohan,
(Full name of plaintiff in this action)
**Plaintiff,**

vs.
(1) Zion Bank Corporation
(2) Isreal
(3) Soudi Arabia
(4) European Union
(5) United States of America
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

**Defendant(s).**

Case No. 3:22-CV-00266-RRB
(To be supplied by the Court)

**PRO SE COMPLAINT**

for/under

Personal Damages
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

Docket 1-3, 515 U.S. 737, 745 (1995), 523 U.S. 83, 89 (1998), 28 U.S.C S1332 and 1331, 547 U.S.C (2006) 422 U.S. (1975), 28 U.S.CA S1602, FSIA, 28 U.S.C. 1331, Diversity Jurisdiction Exists, Defendants do business in Alaska, Civil Rights Action (42 U.S.C. S1983), Federal laws and the U.S. Constitution are involved in this case.

PS22

**B. Parties**

1. The Plaintiff is _Festus O. Ohan_, who presently
   (Print Name)
   resides at _1280 E. 17th Avenue, Unit 121, Anchorage, AK 99501, U.S._.
   (Address)

2. Defendants:

Defendant No. 1, _Zion Bank Corporation_, is a
                  (Name)
citizen of _Salt Lake City, Utah_, who works as a
           (City/State)
_Financial Institution_ for _"The Cause" / Unknown_.
(Job Title, if applicable)   (Employer/agency, if applicable)

Defendant No. 2, _Isreal, Government of Isreal_, is a
                  (Name)
citizen of _Washington D.C. & Middle East_, who works as a
           (City/State)
_Financial Institution and Government_ for _"The Cause" / Unknown_.
(Job Title, if applicable)   (Employer/agency, if applicable)

Defendant No. 3, _Saudi Arabia, Government of Saudi Arabia_, is a
                  (Name)
citizen of _Washington D.C. & Middle East_, who works as a
           (City/State)
_Financial Institution and Government_ for _"The Cause" / Unknown_.
(Job Title, if applicable)   (Employer/agency, if applicable)

(City and State)
Defendant No. 4, _European Union_, is a
                  (Name)
citizen of _Washington D.C. & Europe_, who works as a
           (City/State)
_Financial Institution and Government_ for _"The Cause" / Unknown_.
(Job Title, if applicable)   (Employer/agency, if applicable)

Defendant No. 5, _The United States of America_, is a
                  (Name)
citizen of _Americas_, who works as a
           (City/State)
_Financial Institution and Government_ for _"The Cause" / Unknown_.
(Job Title, if applicable)   (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

CLAIM 1: At my age 4.

**STATEMENT OF FACTS:**

Defendants cooked both dates and history and they made their crimes holy. I physically witnessed them creating humans in remote islands of the world especially Sicily for blacks, Crete for whites and several islands in South Pacific for "Yellowman". I also witnessed their first arrivals in all the continents and in the U.S., first arrivals were human ladies like singer Cher of New York who picked up my gold necklace left under a coconut tree that was non vertical and immediately offshore around palm springs of California. I did all that because I witnessed their creators meetings in hidden locations after midnights whereby the stated what they were going to do that included stealing and owning the world by killing all that stood in their way. They had picked to assassinate important people on at least two occasions. Julius Caesar was one of the ones picked in an occasion.

I reported my findings to court officials that then separated me from my parents and family members. First I was moved from England to Bethlehem where I was made to work in a clothing factory where I saw Jesus change his torn clothes during a cross carrying ceremony - I spent a night there in 1981 on my way returning to the U.S. from West Africa. This case is the first time I ever discussed my findings after the report to courts that gave me my present name. I have not had any kind of communication with my family ever since. Somehow, defendants found out that I made the report and sent a very painful but slow death for me and planned to eradicate my family and take all wealth for themselves. I personally saved Julius Caesar from the eight conspirators and along with me, he saw the actual 33 stabbed wounds on his replacement that said "et tu Brutee" and you too Brutus after being stabbed 32 times. Brutus turned around and inflicted his 5th stab through his neck and yanked his sword. The replacement was wearing my father's dagger Proof vest that I loaned Julius Caesar. I was trying to save myself and my family.

Defendants planned and communicated their criminal acts over generations and pass it unto their heirs by word of mouth called oral traditional legendary. And they used very well thought methods to recruit others and "promising them heaven and earth." By laws, criminal contracts are void at face value. Person, place and time, I was the only one that witnessed all that and in early childhood. Humans are occupying the wrong land. A land and properties of families that had absolutely nothing to do with them but victims of unforeseen abominations. Only judged and adjudged case in the Holy Bible gave presidence to my case for it was not addressed.

About 18 natural judges met with me in Woodridge Hospital, Woodside, Britain in February 1994. I recognized some of them as the judges that met me in Bethlehem that prepared my transfer to West Africa and the subsequent 18 human judges that visited me at

1

the same hospital a few days after ~~that~~ took me through the journey. So they are still alive and I had absolutely no words with them. My 5th birthday was celebrated with humans on the boat as we approached South Africa. My 6th birthday was celebrated in a train that I conducted as a child from Kaduna to Lagos, West Africa with humans. That was the last birthday that I celebrated. Things have been roller coaster since my return to Africa and America. I am severely injured, damaged and denatured by defendants. Defendants unleashed their youths and created on me. It seems that the later judges helped them to kidnap me. Queen Elizabeth the II told her audience in Lagos that she will make me an object of caricature and she did exactly that. She was a key part of the "Zionic Movement" - Forget dates and history that they claimed.

Although offset by mail as always, I was given a full, permanent and unrestricted license to practice medicine and surgery in the State of California in September of 1981 and I reciprocated the license in New York immediately. Medical Board of California called and congratulated me about it and told me that my license and mailed in credentials should be received by me within two weeks. They asked me of my major concern and I told them about the ECFMG which I passed at 99 percentile. Then I was three times a doctor in the United States and an Institution (1977) although nothing was received by mail even though they were sent to me. At this time I was earning one million dollars per minute plus future and futuristic when I work under medical examinations schedules. Four heads of medical board through ECFMG council that wrote all contracts, called me to set a person to person conference on the penthouse of a library building directly opposite of the Educational Testing Services in Princeton, New Jersey. We met on the first Saturday of December 1981 after the New York Federal License Examination. I received a 14 year contract to do my work through all the pathways to medical licensure that I had already passed very, very high. I had worked for the 14 years up to 13 examination schedules per year to 1995 using Arc Venture Medical Review Program where I was the chief facilitator. I worked line stall jobs holding lowest positions to pay for my needs, household and the job that warranted my traveling to the Dominican Republic Santo Domingo very often and to the other states for FLEX schedules. I was promised that money can never be a problem. A major issue was to protect me from taxes since I am a non-human from royal family at least from time to time since they told me that no one else in the world can do it but me and that I was very much needed to improve medicine and surgery, I agreed. Aside from health, I directly improved practically all aspects of life and all disciplines at least since being assisted by the ETS in West Africa since early sixties. Defendants were offsetting my mails and cashed out my financial instruments and many a times using their created humans. Even traceable mails.

I invented a lot especially in medicine and surgery and in 2018 I single handedly updated medicine and surgery including vaccines from West Africa. My blade runner alone goes for 6 million dollars apiece. Technology for COVID is mine and I owned Adimmune

2

or Immune Busters through Valtrex et al of Europe. My family and I own about 206,000,000,000 patents and much more for copyrights. Yet at age 67, my only source of income is the $670 retirement fund from Los Angeles County and $150 per day from Anchorage School District Alaska as a substitute teacher. I will be leaving the job once social security kicks in my $1,000 per month retirement funds. I have now made over 40 required credits. Defendants and their created kicked me out of my home to the streets after I let my household that they made my biological family and falsified documents using a Dr. Arani of Pacoma, California and Loma Linda University Medical Center. I upgraded my Mercedes S500/600 and published it in auto trend Las Vegas for 2$4 million dollars. That car was taken by homeland security of San Diego stalls call office. Martinez along my $5,000 in cash that was only the starting bid auction and the demand was very high. HLSA office, Martinez swore to himself that he must drive the car. The technology was used for modern autos (since 2007). It was full bullet proof as well. And can taxi out at 250 miles in seconds with maximum ground stability.

CLAIM 2:

On or about December 1981, about 200 pages of credentials were mailed to me via traceable mail by the National Board of Medical Examiner. Mail deliverer gave the package to a Tony Livicari of 11,000 Wilshire Blvd, Federal building where I worked. Tony was a retired U.S. Navy nuclear submarine engineer who then worked as a security guard for U.S. Federal Protective Services. I was not at work when the package was delivered and according to Tony he took care of the package after he had sexual intercourse with his first black lady while on duty. Tony like others became a billionaire and so were FBI agents that worked with me on security. I met one called Anthony Quinn in Amsterdam, Netherlands in December of 2008 and he proved to have known Nigerians that robbed and injured me in 1961. He too along with them are now billionaires. And so are Bill Gates of Loma Linda Academy (He was in high school when I was completing Master of Public Health at Loma Linda University. I was forced to do but yet to no avail.) and Warren Buffet of Los Angelus became a billionaire after my home in Loma Linda was robbed for my computer disketts and a prodrug called Magariburantashi for Viagra and Cialis that I was to turn over to pharmaceutical companies. As always the discs were to be given to International Business Machine (IBM) Corporation. These were agents of defendants. A Christopher Chimezie Duruhesie confessed to me in 1981 after offsetting my important mails that it was the U.S.A. government, that they knew how to use people. His phone numbers are (323) 535-1064 and can be reached at address: 1208 E. Denwall Drive, Carson, CA 90746. He knew crimes. Defendants granted him and others immunity from their crimes. Defendants bought everything.

3

CLAIM 3: From 1958 to present time

      Defendants maintained several accounts in my name that I do not have access to. Such accounts must be submitted to court. Examples are (1) The "Salesforce Account" held by National Board of Medical Examiners et al (2) AXOS bank which is a combination of Business of Ohan Festus Investments/Institutions (BOFI) Federal Bank and Internet Bank. Among other investments that they are holding and along with my inheritance, defendants inherited me alive and enslaved me since early childhood. (3) Consultant Consortium Corporation established in 1986 and held by both the California Franchise Board and the Internal Revenue Services since then. They are holding most of my investments stating "for tax purposes." They were personally taxing me as a street homeless that was unemployed and using statistics to estimate how much I was making as a Real Estate Broker in California and taxing me with that. They garnished everything coming to me and even 24 cents of unclaimed money from the state controller of California. They're still making second time for penalties that they had already collected through garnishments. They are doing the same thing to me globally as always.

4

Case 3:22-cv-00266-RRB   Document 15   Filed 04/25/23   Page 6 of 7

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ __Judges to decide__

2. Punitive damages in the amount of $ __Judges to decide__

3. An order requiring defendant(s) to __Clear all properties and submit all claims and documents to court. Defendants to relinquish all claims. Anything else that the court may find.__

__Restore me and my body that include but limited to my parents.__

4. A declaration that __true justice must prevail [prevail written above "provide"]. That defendants restore me to where I would have been but for their actions. That I have no direct contact with defendants but, only through the courts. That courts monitor the restoration of damages by a third party and all to be paid by defendants.__

5. Other: __That defendants behavior be extinct and to cease and desist from extortions. That defendants and their associates stop creating mankinds. That defendants stop injuring and harassing me. **Exit the world within 6 months with no possibility to return in generations to come.** Leave no damages behind. Defendants came in empty handed and must leave empty handed. Courts to invite [invite written above "make"] non-human courts to case.__

Plaintiff demands a trial by _____ Jury ___X___ Court. (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the bove complaint and that the information contained in the complaint is true and correct.

_[signature]_
**Plaintiff's Original Signature**

__Festus Okwudili Ohan__
(Plaintiff's Full Name)

Executed at __Anchorage, Alaska__ on __3rd day of April, 2023__
            (Location)                          (Date)

COMPLAINT